UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-120-D

UNITED STATES OF AMERICA, :
 :
v. :
 : ORDER
MICHAEL THOMAS BASSETT, JR, :
 :
 Defendant. :

It appearing to the Court that during the investigation of the above-captioned case, agents of the Federal Bureau of Investigation seized and used as evidence the following items:

1) An HP 2000 laptop, S/N: 5CG3173QL4

2) An HP laptop charger

3) An Huawei cell phone, S/N: N3L9MC929503136

4) A Samsung micro SD card 2GB

5) Two 2G micro SD cards

6) A Transend 2GB micro SD card

7) A Sandisk 2GB micro SD card

8) A Sandisk 32GB micro SD card

9) A Sandisk SDHC card 8GB

10) A Lexar platinum II 16GB SDHC card

11) A PNY USB flash drive 8GB

It further appearing to the Court that this case has been fully

adjudicated, and the aforementioned items are no longer needed as evidence.

Therefore, it is hereby ordered that the above described items be disposed of, or destroyed by agents of the Federal Bureau of Investigation in accordance with regulations of the Federal Bureau of Investigation.

SO ORDERED. This **30** day of August 2015.

*James Dever*
JAMES C. DEVER III
Chief United States District Judge